IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

MAY 18 2015

Clerk, U.S. District Court
District Of Montana
Billings

| CURTIS WILLIAMS, | CV 14-06-BLG-SPW |
| --- | --- |
| Plaintiff, | |
| vs. | OPINION and ORDER |
| PRICE GREGORY INTERNATIONAL, INC. and HENRY E. SANDEFUR, | |
| Defendants. | |

On May 6, 2015, the parties filed their Notice of Settlement advising the Court the matter has settled.

Accordingly, it is HEREBY ORDERED,

1. That the trial date of June 1, 2015, is VACATED.

2. That the Final Pretrial Conference set for May 27, 2015 is VACATED.

3. That the parties file their dismissal papers on or before June 18, 2015.

DATED this 18th day of May 2015.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1